1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    ORLONZO HEDRINGTON,                    Case No.  1:24-cv-00496-HBK

12                  Plaintiff,               ORDER TRANSFERRING CASE TO
                                             SACRAMENTO DIVISION AND CLOSING
13           v.                              CASE IN THE FRESNO DIVISION

14    UNTIED STATES OF AMERICA,
      FAIRFIELD POLICE DEPARTMENT,
15    COUNTY OF SOLANO,

16                  Defendants.

17

18           Plaintiff Orlonzo Hedrington initiated this action pro se by filing a civil rights complaint

19    accompanied by the filing fee on April 26, 2024.  (*See* Doc. No. 1, Receipt No. 100002657).

20    Because the events giving rise to the cause of action occurred at David Grant Medical Center,

21    which is located in Solano County, Plaintiff should have filed his complaint in the Sacramento

22    Division of this Court.  *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d

23    470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action).

24    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court

25    may, on the court's own motion, be transferred to the correct court.  The Court finds it in the

26    interests of justice to transfer this case to the Sacramento Division under 28 U.S.C. § 1406(a) and

27    Local Rule 120(f).

28           ////

1

1    Accordingly, it is **ORDERED**:

2    1.    The Clerk of Court is directed to transfer this action to the Sacramento Division of

3    this Court, vacate the initial scheduling conference set for August 1, 2024 before the undersigned,

4    and close the case in this Division after transfer.

5    2.    All future filings shall refer to the new Sacramento case number assigned and shall

6    be filed at:

7                    United States District Court
                    Eastern District of California
8                    501 "I" Street, Suite 4-200
                    Sacramento, CA 95814
9

10

11    Dated:    April 29, 2024

12                                                    HELENA M. BARCH-KUCHTA
                                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2