UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlonzo Hedrington et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Veteran's Administration of the United States of America, et al.,<br><br>　　　　　　Defendants. | No. 2:18-cv-02333 KJM-DB<br><br>ORDER |
| Orlonzo Hedrington,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>County of Solano et al.,<br><br>　　　　　　Defendants. | No. 2:21-cv-00414-KJM-DB |
| Orlonzo Hedrington,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Veteran's Administration of the United States of America et al.,<br><br>　　　　　　Defendants. | No. 1:22-cv-01425-KJM-DB |

1

| | |
|---|---|
| Orlonzo Hedrington,<br><br>                Plaintiff,<br><br>   v.<br><br>David Grant Medical Center, et al.,<br><br>                Defendants. | No: 2:22-cv-00074-KJM-DB |
| Orlonzo Hedrington,<br><br>                Plaintiff,<br><br>   v.<br><br>David Grant Medical Center et al.,<br><br>                Defendants. | No: 2:23-cv-00801 TLN CKD |
| Orlonzo Hedrington,<br><br>                Plaintiff,<br><br>   v.<br><br>United States of America,<br><br>                Defendant. | No: 1:24-cv-00497 KES-SKO |
| Orlonzo Hedrington,<br><br>                Plaintiff,<br><br>   v.<br><br>United States of America,<br><br>                Defendant. | No: 2:24-cv-01224 DAD-DB |
| Orlonzo Hedrington,<br><br>                Plaintiff,<br><br>   v.<br><br>United States of America,<br><br>                Defendant. | No. 2:24-cv-03541 DJC-JDP |

1    The court has reviewed the notice of related cases in the above-captioned actions.  All
2 four cases that were before the undersigned are now closed.  The assigned District Judge and
3 Magistrate Judge in case no. 2:23-cv-00801-TLN-CKD have already resolved several pending
4 motions and that case is also closed.  Although all the actions involve the same parties and are
5 based on similar claims, the court finds assignment of the actions to a single judge is not "likely
6 to effect a savings of judicial effort or other economies" in this case.  E.D. Cal. L.R. 123(c).  The
7 court therefore **declines** to relate the above-captioned actions.

8    IT IS SO ORDERED.

9 DATED:  March 25, 2025.

UNITED STATES DISTRICT JUDGE

3